| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>JASON HIMMELBERGER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON HIMMELBERGER,<br><br>Defendant. | Case No. 6:17-mj-00040-JDP<br><br>**MOTION TO VACATE JUNE 5, 2018 REVIEW HEARING; ORDER** |

Defendant Jason Himmelberger hereby requests that the Court vacate the June 5, 2018 review hearing. The Government is in agreement with the request.

On July 12, 2017, the Court sentenced Mr. Himmelberger to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay a $250.00 fine, and attend AA twice weekly for the first ten months.

Mr. Himmelberger has had no new violations of law. He has paid his fine in full. He has also completed a 60-day inpatient program with WestCare of California. In addition to the inpatient treatment he received, he attended AA approximately five times per month for the eight months that he was not residing at WestCare. Given the treatment he has received, the parties agree that Mr. Himmelberger has complied with the conditions of his probation, and hereby request the Court to vacate his review hearing set for June 5, 2018.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 29, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JASON HIMMELBERGER

# **O R D E R**

Based on the parties' joint representation that Mr. Himmelberger is in compliance with the conditions of his probation, the court vacates the June 5, 2018 review hearing.

IT IS SO ORDERED.

Dated: May 30, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE